# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSENSTENGEL, NANCY J. | UNITED STATES DISTRICT COURT-EAST ST. LOUIS | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FEDERAL JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
MELVIN PRICE FEDERAL BUILDING AND COURTHOUSE
750 MISSOURI AVENUE ROOM 104
EAST ST. LOUIS, ILLINOIS 62201

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | BONIFIELD AND ROSENSTENGEL, INC. ATTORNEY AT LAW-SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSENSTENGEL, NANCY J.** | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. FCB BANK | MORTGAGE ON LAW FIRM BUILDING- ▮▮▮▮ | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  REGIONS BANK | A | Interest | K | T | | | | | |
| 2.  BONIFIELD AND ROSENSTENGEL STOCK | A | Dividend | N | W | | | | | |
| 3.  HUNTLEIGH IRA AND JOINT ACCTS (h) | | | | | | | | | |
| 4.  -HUNTLEIGH BANK DEPOSIT SWEEP ACCOUNT | A | Interest | J | T | | | | | |
| 5.  -FIRST TRUST ENHANCED SHORT MATURITY | A | Dividend | K | T | | | | | |
| 6. | | | | | Sold (part) | 04/02/19 | K | A | |
| 7. | | | | | Buy | 12/23/19 | J | | |
| 8. | | | | | Sold (part) | 07/16/19 | J | A | |
| 9. | | | | | | | | | |
| 10.  -ISHARE IBOND DEC 2019 TERM CORPORATE | A | Dividend | | | Sold | 10/18/19 | J | A | |
| 11. | | | | | Sold (part) | 07/16/19 | K | A | |
| 12. | | | | | Sold (part) | 02/19/19 | J | A | |
| 13.  -FIRST TRUST SELECT DSIO PORTFOLIO 4TH QTR | A | Dividend | K | T | Buy | 10/22/19 | J | | |
| 14.  -FIRST TRUST CAPITAL STRENGTH | A | Dividend | K | T | Buy | 04/02/19 | K | | |
| 15.  -FRANKLIN CUSTODIAN FDS INCOME SER ADV | A | Dividend | J | T | | | | | |
| 16.  -FIRST TRUST PORTFOLI SELECT DSIP 1ST QTR | A | Dividend | K | T | Buy | 02/21/19 | K | | |
| 17.  FIRST TRUST SELECT PORT 3RD QTR | A | Dividend | K | T | Buy | 7/22/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. FRANKLIN INCOME FUND A ACCT#2 | A | Dividend | J | T | | | | | |
| 19. BRIGHT STAR EQUITYCL H ACCT#1 BASED +18 | A | Dividend | J | T | | | | | |
| 20. BRIGHT STAR EQUITYCL H ACCT #2 BASED 15+16 | A | Dividend | K | T | | | | | |
| 21. UMB ACCT #1 COCA COLA STOCK | A | Dividend | J | T | | | | | |
| 22. UMB ACCT #2 COCA COLA STOCK | A | Dividend | J | T | | | | | |
| 23. UMB ACCT #3 COCA COLA STOCK | A | Dividend | J | T | | | | | |
| 24. EDWARD D JONES ACCT #1 PUTNAM MULTI-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 25. EDWARD D JONES ACCT #2 PUTNAM MULTI-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 26. EDWARD D JONES ACCT #3 PUTNAM MULTI-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 27. NML LIFE INSURANCE-WHOLE LIFE | C | Dividend | M | T | | | | | |
| 28. COUNTRY COMPANIES WHOLE LIFE INSURANCE CV | B | Dividend | L | T | | | | | |
| 29. HARTFORD LIFE INSURANCE POLICY-CASH VALUE (X) | B | Dividend | K | T | | | | | |
| 30. JJB PROFIT SHARING PLAN (H) | | | | | | | | | |
| 31. -FIRST TRUST ENHANCED SHORT MATURITY | B | Dividend | L | T | Sold (part) | 02/19/19 | K | A | |
| 32. | | | | | Sold (part) | 04/02/19 | M | A | |
| 33. | | | | | Sold (part) | 07/16/19 | L | A | |
| 34. | | | | | Buy | 12/23/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | | | | | |
| 36. | -ISHARES IBONDS DEC 2019 TERM CORPORATION | E | Dividend | | | Sold (part) | 02/19/19 | K | A | |
| 37. | | | | | | Sold (part) | 07/16/19 | L | A | |
| 38. | | | | | | Sold (part) | 10/18/19 | J | A | |
| 39. | | | | | | Sold (part) | 12/04/19 | M | A | |
| 40. | -FIRST TRUST PORT SELECT DSIP 1ST QTR | C | Dividend | M | T | Buy | 02/21/19 | M | | |
| 41. | -FIRST TRUST CAPITAL STRENGTH PORT SERIES | B | Dividend | M | T | Buy | 04/02/19 | M | | |
| 42. | -FIRST TRUST SELECT DSIP PORT 3RD QTR | C | Dividend | M | T | Buy | 07/22/19 | M | | |
| 43. | FIRST TRUST SELECT DSIP PORT 4TH QTR | A | Dividend | K | T | Buy | 10/22/19 | K | | |
| 44. | -JP MORGAN 100% US -TREASURY SECURITIES MONEY MARKET | B | Interest | M | T | | | | | |
| 45. | OFFICE PROPERTY, BELLEVILLE, IL ACQUIRED 12/31/12 $150,000 PRICE | D | Rent | M | R | | | | | |
| 46. | | | | | | | | | | |
| 47. | | | | | | | | | | |
| 48. | | | | | | | | | | |
| 49. | | | | | | | | | | |
| 50. | | | | | | | | | | |
| 51. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSENSTENGEL, NANCY J.** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LINE 29 THROUGH 43, PART VII, INVESTMENTS AND TRUST, IS THE JJB PROFIT SHARING PLAN AND IS FORMALLY KNOWN AS THE JERALD J BONIFIELD PROFIT SHARING PLAN TRUST. THE REPORTING PERSON'S ▮▮▮▮. IS THE TRUSTEE, A PARTICIPANT AND OWNS 60% OF THE ASSETS OF THE PROFIT SHARING TRUST AS SHOWN ON PART VII. THE PLAN IS, HOWEVER, MANAGED BY A PROFESSIONAL INVESTMENT ADVISOR AND THE REPORTING PERSON HAS NO KNOWLEDGE OF THE PLANS TRANSACTIONS NOR HAS ACCESS TO THE DATA.

ALL PERSONAL ITEMS ARE REPORTED ON LINES 1 THROUGH 28 ON THE SAME REPORT PAGE OF PART VII.

LINE 44 COLUMN A REFLECTS AN INVESTMENT IN OFFICE BUILDING, COST BASIS $150,000, LOCATED BELLEVILLE, ST. CLAIR COUNTY, ILLINOIS ,AND WAS ACQUIRED 12/31/2012. THE LAW FIRM OF ▮▮▮▮ OF REPORTING PERSON OCCUPIES THE ENTIRE BUILDING.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ NANCY J. ROSENSTENGEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544